

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

Suzanne C. Johnson
Chief Deputy

Marie Warrick
Doneice Burnette
Rachael Spicknall
Kisha Taylor-Wallace
Deputies

Allison Gray
Administrative Support

Suzanne C. Johnson
Acting Clerk

410-260-1500
1-800-926-2583

Sara Rice
Senior Recorder

**N O T I C E**

Sandra Belt
Assistant Recorder

October 26, 2018

I, Suzanne C. Johnson, Acting Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated October 26, 2018

**MICHAEL DAVID DOBBS**

18132 Ivy Lane
Olney, Maryland 20832

has been disbarred by consent, effective immediately, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this twenty-sixth day of October, 2018.

/s/ Suzanne C. Johnson
Acting Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554